**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Williston Hunter ND, LLC and | ) | |
| Magnum Hunter Resources | ) | |
| Corporation, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 4:11-cv-066 |
| vs. | ) | |
| | ) | |
| Eagle Operating, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| Eagle Operating, Inc., | ) | |
| | ) | |
| Plaintiff and | ) | |
| Counter-Defendant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Williston Hunter ND, LLC and | ) | Case No. 4:11-cv-067 |
| Magnum Hunter Resources | ) | |
| Corporation, | ) | |
| | ) | |
| Defendants and | ) | |
| Counter-Claimants. | ) | |

On September 12, 2011, Eagle Operating filed a "Motion to Dismiss, or in the Alternative Stay Pending Completion of Arbitration" in <u>Williston Hunter ND, LLC v. Eagle Operating, Inc</u>., Case No. 4:11-cv-066. <u>See</u> Docket No. 6. On October 4, 2011, Eagle Operating filed a "Motion to Dismiss, or in the Alternative Stay Counterclaims Pending Completion of Arbitration" in <u>Eagle Operating, Inc. v. Williston Hunter ND, LLC</u>, Case No. 4:11-cv-067. <u>See</u> Docket No. 4.

On January 1, 2012, the court granted Eagle Operating's motions (Case No. 4:11-cv-066, Docket No. 6; Case No. 4:11-cv-067, Docket No. 4), ordered the parties into arbitration to resolve

all disputes related to any disputed amounts, cost adjustments to the cash consideration, or any other disputes as to the interpretation of the agreement, and stayed claims and counterclaims asserted Williston Hunter ND, LLC and Magnum Hunter Resources Corporation (Case No. 4:11-cv-066, Docket No. 1; Case No. 4:11-cv-067, Docket No. 3) pending the completion of arbitration.

The parties are directed to file a report with the court by March 31, 2014, updating it on the status of their arbitration.

**IT IS SO ORDERED.**

Dated this 17th day of March, 2014.

_/s/ Charles S. Miller, Jr._____
Charles S. Miller, Jr., Magistrate Judge
United States District Court